IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

PHILLIP ELMORE,

       Petitioner,     :     Case No. 1:07-cv-776

 - vs -     District Judge Edmund A. Sargus, Jr.
     Magistrate Judge Michael R. Merz

TIM SHOOP, Warden,

     :

       Respondent.

## SCHEDULING ORDER

This capital habeas corpus case is before the Court on Petitioner's Motion for Scheduling Order which seeks to have the Court set deadlines for amended pleadings and a renewed motion for evidentiary hearing (ECF No. 233).

Respondent opposes the Motion, asserting that "this case is decisional and that no scheduling order of any sort is necessary." (ECF No. 234, PageID 15187). Having considered Petitioner's Reply Memorandum (ECF No. 236), the Court agrees that a new scheduling order is appropriate.

The Court accordingly adopts the following deadlines:

| | |
|---|---|
| Petitioner's Amended Petition | July 13, 2020 |
| Respondent's Amended Return of Writ | August 13, 2020 |
| Petitioner's Amended Traverse | September 13, 2020 |
| Petitioner's renewed motion for evidentiary hearing | October 1, 2020 |

1

Further briefing on that motion per S. D. Ohio Civ. R. 7.2.

July 3, 2020.

s/ *Michael R. Merz*<br>United States Magistrate Judge