# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**PHILLIP ELMORE,**

      Petitioner,

v.                                                  **Case No.  1:07-cv-776**

**BILL COOL, Warden,**                **Judge Edmund A. Sargus, Jr.**
**Ross Correctional Institution,**

      Respondent.

## ORDER SUBSTITUTING RESPONDENT

Petitioner, a prisoner sentenced to death by the State of Ohio, has before this Court a habeas corpus action pursuant to 28 U.S.C. § 2254.  This matter is before the Court upon a joint Motion to Substitute Warden Bill Cool as Respondent.  (ECF No. 263.)

Petitioner, like many other inmates on Ohio's death row, was recently transferred from Chillicothe Correctional Institution, where he was in the custody of Warden Tim Shoop, to Ross Correctional Institution, where he is now in the custody of Warden Bill Cool.  (ECF No. 263, at PageID 16443.)  The parties accordingly move this Court to substitute Warden Bill Cool as the proper Respondent in this case.  The Motion is well taken.

The Motion to Substitute (ECF No. 263) is **GRANTED**.  The Clerk is **DIRECTED** to **SUBSTITUTE** Bill Cool, Warden of Ross Correctional Institution, as the Respondent in this case.

      IT IS SO ORDERED.


**12/9/2024**                                                                   **s/Edmund A. Sargus, Jr.**
**DATE**                                                                         **EDMUND A. SARGUS, JR.**
                                                                                  **United States District Judge**